IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHEN G. PERLMAN, REARDEN LLC, and ARTEMIS NETWORKS, LLC, | § § § § | No. 305, 2020 |
| Plaintiffs Below, Appellants, | § § § | |
| v. | § § § | Courts Below: Superior Court of the State of Delaware C.A. No. N19-07-235 |
| VOX MEDIA, INC., a Delaware Corporation, | § § § § | Court of Chancery of the State of Delaware |
| Defendant Below, Appellee. | § § | C.A. No. 10046 |

Submitted: March 3, 2021
Decided: March 18, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

### O R D E R

This 18th day of March, 2021, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion and Order dated June 25, 2020; and its Order Denying Reargument dated August 14, 2020; and by the Court of Chancery in its Memorandum Opinion dated June 27, 2019;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Superior Court and the Court of Chancery be and the same hereby are, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice